United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Lidia Moreno Palacios, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-26-4038 |
| | § | |
| MarkWayne Mullin, et al., | § | |
| | § | |
| Respondents. | § | |

## O R D E R

Petitioner, Lidia Moreno Palacios, is **ORDERED** to file a Notice of Dismissal or an Amended Petition by **June 11, 2026.**

If Petitioner, Lidia Moreno Palacios, files an Amended Petition Respondents are **ORDERED** to file a response within twenty (20) days.

**SIGNED** at Houston, Texas, on this 3rd day of June, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE